**JUDGE STEIN**

**08 CV 3617**

176-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
VENETICO MARINE S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENETICO MARINE S.A., <br><br>                      Plaintiff, <br><br> -against- <br><br> GUANGZHOU CSSC-OCEANLINE-GWS <br> MARINE ENGINEERING CO., LTD. a/k/a <br> GUANGZHOU DOCKYARDS, <br><br>                      Defendant. | 08 Civ _____ ( ___ ) <br><br> RULE 7.1 STATEMENT <br><br>  |

The Plaintiff, VENETICO MARINE S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       April 15, 2008

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiff
                                        VENETICO MARINE S.A.

                              By:       _____
                                        Michael E. Unger (MU 0045)
                                        80 Pine Street
                                        New York, NY 10005
                                        Telephone: (212) 425-1900

NYDOCS1/302823.1