176-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VENETICO MARINE S.A.,

                        Plaintiff,

-against-

GUANGZHOU CSSC-OCEANLINE-GWS
MARINE ENGINEERING CO., LTD. a/k/a
GUANGZHOU DOCKYARDS,

                        Defendant.
------------------------------------------------------------x

08 CV 3617 (SHS)

**ORDER FOR RELEASE OF
FUNDS AND DISCONTINUANCE
OF THE ACTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

**WHEREAS** it having been reported to the Court that the parties have resolved their dispute;

**IT IS HEREBY ORDERED** that all garnishees holding funds which have been restrained pursuant to the Process of Maritime Attachment and Garnishment authorized to be issued by this Court are to release said funds to Defendant GUANGZHOU CSSC-OCEANLINE-GWS MARINE ENGINEERING CO., LTD. a/k/a GUANGZHOU DOCKYARDS; and

**IT IS FURTHER ORDERED** that this action is dismissed without prejudice and without costs as to either party.

Dated: New York, New York
         May 23, 2008

_____
Hon. Sidney H. Stein, U.S.D.J.

NYDOCS1/305288.1